# EXHIBIT J – INTAKE FORM

N-FA
**Nicoletti-Flater Associates, PLLP**
3595 S. Teller St. Suite 310 | Lakewood, Co. 80235
Ph: 303-989-1617 | Fax: 303-985-3133 | www.nicoletti-flater.com

## PERSONAL INFORMATION/INTAKE

**IDENTIFYING INFORMATION:**

Client Name(s): Donald Baker
Guardian(s) / Parent(s) (if client is under 16 years of age): ______
Phone: (H) ______ (W) ______ (C) 303-396-5013
Best hours to reach you: Any
Permanent Address: 9354 W. 100th Cir Westminster, CO 80021
Email: don.baker82@gmail.com
[redacted] Health Insurance Carrier: BCBS + VA
In case of emergency contact: Denise Baker Relation: Mother
Address: 10702 E 63rd St Raytown, MO 64133 Phone: 360-224-3359
How did you hear about Nicoletti-Flater Associates? Employer
[redacted] Age: 36
Police/Fire department affiliation: None Relationship to officer: ______
Last year of school completed: Some College School attending (if child/adolescent): ______
Occupation: Tech

**PREVIOUS COUNSELING:**

____ Nicoletti-Flater Associates (dates: ______)
____ Private therapist (name: ______ dates: ______)
____ Drug/alcohol treatment (where: ______ dates: ______)
X Other (specify: Dept of VA dates: 2003-2004, 2006-2010 + current)
____ None

Reactions to previous counseling: Positive

**HEALTH:**

Client's existing medical problems or current physical symptoms: (please describe)
Stress, PTSD

List current medications:
None

Use of:

Alcohol: ____ how often: ____

Caffeine: X how often: 1-2 a week

Tobacco: X how often: 1+ pack a day

Other drugs: ____ how often: ____ what types: ____

**PLEASE STATE BRIEFLY WHAT YOU WOULD LIKE TO DISCUSS WITH A THERAPIST:** whatever my employer referred me for. Have personal counselor at VA

**PLEASE CHECK ALL OF THE EXISTING SYMPTOMS OR PROBLEMS WHICH APPLY:**

- ☒ sleep disturbance (specify) Dreams, stress,
- ☒ change in eating behavior (specify) Stress related lack of appetite.
- ☐ phobias (specify fears)
- ☐ substance abuse(specify)
- ☐ chronic pain (specify)
- ☐ obsessive thoughts (specify)
- ☐ compulsive behavior (specify)
- ☐ learning disability (specify)
- ☐ parenting (specify)
- ☐ sexual dysfunction (specify)
- ☐ death of a loved one (specify)
- ☐ withdrawal
- ☐ sexual orientation /sexual identity
- ☐ guilt, remorse, shame
- ☒ depression
- ☐ sexual abuse memories
- ☐ suicidal thoughts
- ☐ uncontrolled / unprovoked crying
- ☒ continuous anxiety / nervousness
- ☒ panic attacks
- ☐ muscle tension
- ☐ divorce
- ☐ social anxiety
- ☒ stress
- ☐ assertiveness
- ☐ weight change
- ☐ hyperactivity
- ☐ uncontrolled temper outburst
- ☐ physical violence
- ☐ abusive relationship
- ☒ hopelessness/helplessness
- ☒ missing school / work
- ☐ irritability
- ☐ difficulty with decisions
- ☐ chronic illness
- ☐ headaches
- ☐ self-doubts / low self-esteem
- ☐ attention / concentration problems
- ☒ other (specify) PTSD From Iraq War

Signature [signature] Date 8 Nov '19