# EXHIBIT K – PSYCHOLOGICAL FITNESS FOR DUTY EVALUATION DIRECT RISK ASSESSMENT REPORT

N-FA Nicoletti-Flater Associates
Nicoletti-Flater Associates, PLLP
3595 S. Teller St. Suite 310 | Lakewood, CO. 80235
Ph: 303-989-1617 | Fax: 303-985-3133 | www.nicolettiflater.com

**CONFIDENTIAL**

# PSYCHOLOGICAL FITNESS FOR DUTY EVALUATION/ DIRECT RISK ASSESSMENT

| | |
|---|---|
| **Requesting Agency:** | **National Renewable Energy Laboratory** |
| **Referral Contacts:** | **Gyda Torbet** |
| **Date of Assessment:** | **November 8, 2019** |
| **Subject of Assessment:** | **Donald Baker** |

**RISK ASSESSMENT OVERVIEW**: The purpose of a Risk Assessment is to analyze behaviors and/or written or verbal statements that have created concern, feelings of being intimidated or emotional distress in others, whether intended or not. The Risk Assessment collects information from multiple sources in order to arrive at a current risk determination. The Risk Assessment is not intended as a medical or psychiatric evaluation and as a result, no mental diagnosis is provided.

**FITNESS FOR DUTY OVERVIEW**: The purpose of a Psychological Fitness for Duty evaluation is to analyze behaviors and psychological test results to make a determination regarding an individual's current psychological fitness to perform their assigned duties. A Psychological Fitness for Duty evaluation collects and assesses multiple, behavioral data sources and is not meant as a means for providing mental health diagnosis.

**REASON FOR REFERRAL:** A Psychological Fitness for Duty Evaluation/Risk Assessment was requested by Gyda Torbet for the National Renewable Energy Laboratory. Mr. Baker was referred for a Psychological Fitness for Duty Evaluation/Risk Assessment based on concerns related to Mr. Baker's displaying behavior that was aggressive, threatening, and erratic.

**DATA SOURCES UTILIZED FOR THE ASSESSMENT:**

- Collateral referral documents
- Written Psychological Test Data.
- November 8, 2019 individual interview of Mr. Baker

EXHIBIT
tabbies
18
4.11.23 Baker

---

**RISK MANAGEMENT CATEGORIES:**

- **Proactive Attack Behaviors Towards People or Property** are defined as violent behaviors that are premeditated and involve weapons of choice and are directed towards either people or property.

- **Reactive Attack Behaviors Towards People or Property** are defined as behaviors that occur in the moment as a reaction to a perceived triggering event and are directed towards either people or property. These behaviors will involve weapons of opportunity such as body parts or items that are available in the vicinity of the incident.

- **Behaviors That Create Social/Psychological Disruption** are defined as actions that interfere with the functioning of the department/organization, along with causing other people (students, other co-workers, supervisors, etc.) to feel intimidated, bullied, harassed, fearful, etc.

---

**DETERMINATION OF RISK ASSESSMENT (Based on original May 17, 2017 evaluation)**

- **There is INSUFFICIENT data to support that Mr. Baker has engaged in or is a current risk for Proactive Attack Behaviors towards himself, other people or property.**

- **There is INSUFFICIENT data to support that Mr. Baker has engaged in Reactive Attack Behaviors towards himself, other people, or property.**

- **There is SUFFICIENT data to support that Mr. Baker has engaged in behaviors that have created Social and Psychological Disruption.**

---

ANALYSIS OF COLLATERAL DATA:

Information provided Gyda Torbet indicated the following:

- *Over the last few months, Don has exhibited behaviors that have prompted his fellow co-workers to express concern about him and his wellbeing and have also caused concern with his management team. These behaviors include fixation on and increasing anger toward his immediate supervisor, Scott Wilde, outbursts, and repeated communications about issues in an unproductive and provocative manner. In the past few weeks, Don has drafted various emails to his co-workers and management that exhibit an escalating level of frustration. These emails include profanity, personal attacks on his manager, Scott*

*Wilde, and others, and other unsubstantiated allegations (see attached emails). It is evident from the most recent email, as well as conversations with Don, that he is losing sleep over perceived issues with work and Scott (note that his 4am email refers to the time as late rather than early). Don works in an environment where safety, good decision making, and critical thinking are paramount. Based on Don's recent behaviors and communications, this fitness for duty is requested to ensure that Don is able to perform the essential functions of his job, with or without accommodation.*

- *Don Baker made a complaint that Scott altered maintenance records and removed or added Don's name to documents. Our HR Compliance Officer is currently investigating his complaint. In the meantime, Don has exhibited increasing hostility toward his manager and how work is being done. Don was repeatedly missing work or coming in late and missing the required Plan of the Day (POD) meeting, which is a 7am meeting every morning that focuses on safety and work assignments. Tensions, especially between Don and Scott, continued to escalate. On 8/22/2019 Don was asked to perform maintenance on one of the CARTs (turbines). Don refused to and went to his Manager's manager, Arlinda Huskey, with the concern (Scott Wilde was not at the site). The interaction ended with Don leaving the site in a loud and angry manner saying he was going to take PTO. Co-workers expressed concern to management. Don took PTO and was out from 8/22/19 – 9/24/19. Upon Don's return, we met with him and his Manager hoping to work through some of the issues and have a fresh start. Things were better for a few weeks, but have since rapidly deteriorated with the emails attached and the reports of damage to property, etc. Scott is uncomfortable around him and is not currently engaging him. Scott is also fearful for his own safety based on the level of anger Don exhibits toward him and Don's escalating attacks on him. Other employees have expressed concerns about Don's erratic behavior and are concerned about working with him. Don has said that his main concern is safety and that is the reason for the emails, yet Don continues to miss the morning Plan of the Day meetings which cover safety-related issues. Don has repeatedly criticized the meetings as useless and unproductive (when run by Scott). Don has also indicated that he plans to resign in February 2020.*

- *The most recent email was sent at 4 am on 11/5/2019 to his co-worker group. One of his co-workers shared the email with management, and another co-worker shared it with fellow employees at the site that are not in Don's workgroup. Employees who received the email (both within and outside his workgroup) expressed concern to management after receiving the email. This email was further escalation and the final straw indicating that Don's judgment, decision making, and critical thinking skills may be impaired, all of which are necessary for Don to safely perform his job.*

For a complete review of the collateral data, please see the original documents.

<u>ANALYSIS OF MR. BAKER'S INDIVIDUAL INTERVIEW</u>:

- Mr. Baker confirmed the information provided by the Laboratory and added additional detail.

- Mr. Baker reported that he feels as if he has been retaliated against for reporting his manager's behavior. Specifically, he has had to take work home and work with a buddy. He stated that he believes that others are not held to the same standards.

- Mr. Baker reported that in the most recent email he sent he was attempting to make jokes that ultimately offended people. He did say that part of the email was to be a "directed attack" regarding what he thinks of things at NREL.

- Mr. Baker reported that he has been disgruntled with his job since 2016 because his supervisor does not run their team well and does not properly disperse the workload.

- Mr. Baker denied any past or present homicidal thoughts.

- Mr. Baker denied any plans to engage in violence.

- Mr. Baker denied being involved any physical altercations since the age of 18.

---

**FITNESS FOR DUTY CATEGORIES:**

- **<u>Fit for Duty</u>** is defined as an individual who is capable of working in their currently assigned position with no restrictions.

- **<u>Fit for Duty with Considerations</u>** is defined as an individual who is capable of working in their currently assigned position, assuming they follow all guidelines outlined by their employer and in this report.

- **<u>Not Fit for Duty</u>** Is defined as an individual who is not capable of working in a position that includes their current job responsibilities. This individual should not return to full duty until they have been re-evaluated and demonstrate an improved level of fitness for duty.

---

**DETERMINATION OF FITNESS FOR DUTY EVALUATION:**

- **<u>There is SUFFICIENT data to support that Mr. Baker is NOT FIT FOR DUTY at this time.</u> This means that Mr. Baker is not capable of working in a position that includes the responsibilities of a Research Technician. This individual should not return to full duty until they have been re-evaluated and demonstrate an improved level of fitness for duty.**

**FOUNDATION FOR MR. BAKER BEING NOT FIT FOR DUTY AS RESEARCH TECHNICIAN AT THIS TIME:**

ANALYSIS OF MR. BAKER'S INDIVIDUAL INTERVIEW:

- Mr. Baker reported that due to the conflict with his supervisor he has been losing sleep. Additionally, he stated that the stress he experiences at work has exacerbated symptoms related to anxiety and PTSD.
- Mr. Baker reported that he was previously diagnosed with PTSD as a result of his serving a combat tour in Iraq with the Army. He stated that he previously was prescribed psychotropic medication that he took between 2007 and 2009. He also stated that the VA has suggested that he take medication currently, however he has not followed that advice.
- Mr. Baker reported that due to the stress he experiences at work he started participating in counseling in September 2019.
- Mr. Baker reported that he is currently experiencing a decreased appetite.
- Mr. Baker reported feeling moody and irritable.
- Mr. Baker reported feeling hopeless about his work situation. He explained that he ultimately plans on leaving his position with NREL in February 2020.
- Mr. Baker reported feeling depressed and anxious.
- Mr. Baker reported that he does not believe that he is fit for duty at this time. He stated that he has been unsuccessful at not becoming angry and irritable. Additionally, he reported that he has ha herd time staying focused and staying on task. Overall, he reported that he is not as productive at work as he should be.
- Mr. Baker denied any past or present suicidal thoughts or behaviors.

ANALYSIS OF MR. BAKER'S PSYCHOLOGICAL TEST DATA:

- Mr. Baker was administered three psychological tests, the Minnesota Multiphasic Personality Inventory - 2 Restructured Form (MMPI-2RF) the Millon Clinical Multiaxial Inventory-3 (MCMI-III), and the 16 Personality Factors (16PF).
- Mr. Baker responded to test items in a defensive manner, raising concern about overall honesty during the evaluation process. Individuals who score similarly may be unwilling

to admit to minor faults and weaknesses common in the general population, they may also have difficulty accepting those with unconventional beliefs or attitudes.

- Mr. Baker scored similar to individuals who are presenting themselves in an overly favorable manner.

- Mr. Baker scored similar to individuals who tend to be overly rigid and moralistic in their thinking. Individuals who score similarly may have difficulty accepting supervision in a neutral and constructive manner.

- Mr. Baker scored similar to individuals who report feeling anxious.

- Mr. Baker scored similar to individuals who may be described as overly dramatic and needing to be the center of attention.

- Mr. Baker scored similar to individuals who may be described as overly rigid, perfectionistic, and emotionally restrained. Individuals who score similarly may also place high demands on themselves and strive to avoid criticism from their superiors due to a fear of disapproval.

- Mr. Baker scored similar to individuals who are currently experiencing symptoms associated with anxiety.

- Mr. Baker scored similar to individuals who are currently experiencing symptoms associated with somatoform disorder.

- Mr. Baker scored similar to individuals who are currently experiencing symptoms associated with alcohol dependence.

- Mr. Baker scored similar to individuals who are currently experiencing symptoms associated with major depression.

---

**RISK ASSESSMENT SUMMARY:** The combined results of the collateral data and individual interview indicate that Mr. Baker has engaged in behaviors that have created both Social and Psychological Disruption. Mr. Baker acknowledges his negative behavior but blames the situation with his supervisor for his actions.

---

**FITNESS FOR DUTY SUMMARY:** The combined results of the clinical interview, psychological testing, and collateral data indicate an individual who is **NOT FIT FOR DUTY** for a position as a Research Technician at this time. This means that Mr. Baker is not capable of being in a position with the responsibilities of a Research Technician for the National Renewable Energy Laboratory at this time. Test results, self-report and collateral data indicate that Mr. Baker is experiencing significant psychological distress that is negatively impacting him both personally

and professionally. Mr. Baker should attend continue to attend counseling to help him build more adaptive coping strategies and stress management techniques. Counseling should also help Mr. Baker with anger management and understanding how his behavior impacts others. Mr. Baker denied any past or present suicidal or homicidal thoughts or behaviors.

---

**RISK ASSESSMENT COUNTERMEASURES (Countermeasures are actions that will function as disruptors in order to prevent Mr. Baker from either engaging in or continuing in concerning behaviors:**

1. Mr. Baker should follow all behavioral guidelines outlined by the National Renewable Energy Laboratory.

2. Mr. Baker should be placed on a zero tolerance "Rules of Engagement" contract and specific expectations of what behaviors will and will not be tolerated should be outlined.

3. If Mr. Baker violates the "Rules of Engagement" at any level, then the National Renewable Energy Laboratory should immediately activate its progressive discipline process.

4. Mr. Baker should have a specific Point of Contact within the Laboratory and he should be instructed to utilize that person for his concerns or questions.

5. It is important that the National Renewable Energy Laboratory enforce all policies, expectations, and guidelines, as failure to do so may encourage acting out behaviors.

6. If Mr. Baker engages in any future Disruptive Behaviors, he should be considered more of a risk to himself and others. The continuation of the Disruptive Behaviors would indicate that Mr. Baker is either choosing to disregard rules when it suits him, or he cannot control his internal impulses/urges.

**FITNESS FOR DUTY CONSIDERATIONS:**

1. Mr. Baker should follow all behavioral guidelines outlined by the National Renewable Energy Laboratory.

2. Mr. Baker should complete a medication evaluation with the psychiatrist of his choice to determine if medication would be appropriate for treating symptoms associated with anxiety, depression, PTSD, and disturbed sleeping. Mr. Baker should provide the Laboratory with a letter from the psychiatrist confirming his participation in and completion of the recommended assessment. The letter should also confirm that any medication he is prescribed will not interfere with his ability to function as a Research Technician

3. Mr. Baker should continue to participate in individual psychological counseling with the therapist of his choice, aimed at building more adaptive stress management and coping techniques. Counseling should also assist Mr. Baker in better managing his impulses and understanding how his behavior impacts others. Mr. Baker should provide the Laboratory with a letter from the therapist confirming his participation in the recommended counseling.

4. Mr. Baker should participate in either counseling sessions, classes, or coaching sessions aimed at enhancing adaptive coping strategies, particularly those associated with anger management and verbal communication. Mr. Baker should provide the Laboratory with a letter from the Treatment Provider confirming his attendance, participation, and completion of the recommended intervention.

5. Upon completion of the above recommendations, and the agreement by the Laboratory and his treatment providers, Mr. Baker should be referred for a psychological fitness for duty re-evaluation to determine his fitness to return to full duty status.

**The information provided in this report was based solely on limited collateral information and an individual interview. Risk potentials and fitness levels can vary based on triggering events and actions taken by the INDIVIDUAL or by THE DISTRICT. It is not the purpose of this assessment to make recommendations regarding the RETENTION OF THE INDIVIDUAL BEING ASSESSED. However, if it is determined that a discrepancy exists between Mr. Baker's self-report and actual incidents, then the risk potential should be considered as at a higher level than what is reported in this assessment.**

**This level of Fitness for Duty is based on the assumption that the information provided by Mr. Baker was accurate and honest. If possible, this information should be validated for accuracy. If Cherry Creek Schools is aware of any discrepancies in Mr. Baker's self-report, then his level of fitness may be different than identified in this report.**

**The information provided in this report is extremely confidential and should only be released to the individuals named in the release of information sheet. If this report is distributed to any other people, Mr. Baker should be contacted for his permission.**

Evan M. Axelrod, Psy.D., ABPP
Police & Public Safety/Clinical Psychologist
Board Certified Specialist in Police & Public Safety Psychology